## United States District Court
### Northern District of Ohio
Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Sandy Opacich
Clerk of Court

(216) 357-7000

February 26, 2018

Attn: Filing Department
Cuyahoga County Clerk of Courts
Justice Center 1st FL
1200 Ontario Street
Cleveland, OH 44113-1664

RE: Remand to Cuyahoga County Court of Common Pleas
Godwin v. Facebook, Inc., et al.
USDC Case No.: 1:18cv0410
Cuyahoga County Common Pleas Court Case Number: CV 18 891841

Dear Clerk:

On February 26, 2018, the Honorable Dan Aaron Polster, United States District Judge, entered an Order remanding the above-mentioned case to your Court. I am enclosing certified copies of our docket sheet and the Order of Remand. Other document s in this case can be accessed electronically on the Internet at:

http://ecf.ohnd.uscourts.gov

Please acknowledge receipt on this remand by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

Sincerely,

Sandy Opacich, Clerk

By: _____s/Katherine King_____
Katherine King
Operations Specialist

568 John F. Seiberling
Federal Building and U.S. Court House
2 South Main Street
Akron, OH  44308-1876
(330) 252-6000

114 U.S. Court House
1716 Spielbusch Avenue
Toledo, OH  43604-5385
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400